```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01304
   NOEMI FLORES
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2605


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/22/08 .

     2.  The case was dismissed without confirmation, 02/22/2008.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------

         Summary of disbursements:
--------------------------------------------------------------------------
                 SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00        .00         .00
PRINCIPAL PAID        .00        .00         .00        .00         .00
INTEREST PAID         .00        .00         .00        .00         .00
TOTAL PAID            .00        .00         .00        .00         .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




         Dated: 05/21/08              /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 01304 NOEMI FLORES
```